```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                                    CASE NO. 07 B 05924
   RAMIRO DONIS
   CATALINA DONIS                                         CHAPTER 13

                                                          JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-4607     SSN XXX-XX-4173


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/03/07 and confirmed on 06/21/07.

   2.  The case was dismissed after confirmation, 11/15/2007.

   3.  The Debtor paid a total of $   5520.10 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 18257.75 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | SECURED | .00 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | MORTGAGE ARRE | 1052.34 | .00 | .60 |
| SILVERLEAF RESORT INC | UNSECURED | 2417.71 | .00 | .00 |
| ALLIANT CREDIT UNION | SECURED VEHIC | 20459.44 | 722.03 | 3225.58 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BETA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARPENTERSVILLE FIRE DEP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| EBENEZER COOKING SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ESPN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RADIO BROADCAST | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW BOOK USA | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROYAL PUBLISHING | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| TURNER ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 90.00 | .00 | .00 |

          Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   39769.53          .00      2507.71          .00      42277.24
PRINCIPAL PAID        3226.18          .00          .00          .00       3226.18
INTEREST PAID          722.03          .00          .00          .00        722.03
TOTAL PAID            3948.21          .00          .00          .00       3948.21
```

The Debtor's attorney, COSTELLO & COSTELLO             , was allowed $   2500.00
and was paid $   1126.00  direct and $   1374.00  through the plan.

The Trustee received $    197.89 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE